**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sara Schulze,                                      Civil No. 06-5027 (RHK/AJB)

      Plaintiff,                              **ORDER**

vs.

Bloomington Lincoln Mercury, Inc., a Minnesota
corporation, d/b/a Bloomington Lincoln
Mercury,

      Defendant.

---

    Pursuant to the parties' Stipulation (Doc. No. 15), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, without costs or disbursements to any of the parties.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   August 3, 2007

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge